D. PETER HARVEY (SBN 55712)
pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
sappel@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
INTEL CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NTEL, INC., a Massachusetts corporation,<br><br>Defendant. | Case No. C 09-03107 JL<br><br>**STIPULATED PERMANENT INJUNCTION;** [PROPOSED] **ORDER** |

The Parties hereto have reached a negotiated settlement of all claims which includes the entry of the following injunction against Defendant NTeL, Inc. ("NTeL"):

**WHEREAS**, Plaintiff Intel Corporation ("Intel") filed this action against NTeL on July 9, 2009, asserting claims of Federal Trademark Infringement, Federal Trademark Dilution, Federal False Designation of Origin, California Trademark Infringement, California Trademark Dilution, California Statutory Unfair Competition, and California Common Law Passing Off and Unfair Competition; and

**WHEREAS**, the Parties have settled their dispute and respectfully ask that the Court enter this injunction.

**Accordingly, IT IS ORDERED, ADJUDGED, and DECREED as follows:**

1. As of September 30, 2009, NTeL and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name or trademark incorporating the term "NTEL."

2. As of September 30, 2009, NTeL and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between NTeL and Intel.

3. As of September 30, 2009, NTeL and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from committing any acts which will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute, the distinctive quality of the famous INTEL mark.

4. No later than September 30, 2009, NTeL shall take all steps necessary to remove the name "NTeL" from the corporate records of the State of Massachusetts, and any other states in which NTeL is incorporated or qualified to do business.

5. No later than September 30, 2009, NTeL shall formally cancel its Registration 3,391,299 for the mark NTEL in the United States Patent and Trademark Office.

6. No later than September 30, 2009, NTeL shall remove all content from the website www.ntelusa.com, and shall let the corresponding domain registration lapse when it is set to expire on March 15, 2010.

7. Notwithstanding the foregoing, NTeL may continue to use the NTeL Mark on the website www.ntelvn.com through December 8, 2009, as long as NTeL does not make any changes to that website (other than removing the NTeL Mark and other content) before that time. No later than December 8, 2009, NTeL shall remove all content from the website www.ntelvn.com, and shall let the corresponding domain registration lapse when it is set to expire on December 8, 2009.

Dated: 09 · 18 , 2009

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
Seth I. Appel

Attorneys for Plaintiff
INTEL CORPORATION

NTEL, INC.

_____
Hung Tran

IT IS SO ORDERED this 30 day of September, 2009.

_____
The Honorable James Larson
United States Magistrate Judge

-3-