UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Intel Corporation, | No. C 09-3107 JL |
| Plaintiff, | **ORDER** |
| v. | |
| NteL, Incorporated, et al., | |
| Defendants. | |

This Court has received a letter from Plaintiff Intel, copied to Defendant NteL, requesting that the Court rescind its Order of Dismissal, or issue a new order recognizing that the action is dismissed without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure. The Court dismissed the action after entry of the parties' stipulated permanent injunction, following the parties' settlement. Defendant did not answer Plaintiff's complaint. Accordingly, this Court hereby vacates its Order of Dismissal and dismisses the action without prejudice, as reflecting the settlement agreement of the parties.

IT IS SO ORDERED.

DATED: October 26, 2009

James Larson
United States Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-3107-DISMISSAL-REDO.wpd